**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **TRACY BING,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**PLATEAU EXCAVATION, INC.,**<br><br>**Defendant.** | **Civil Action No. 1:22-cv-01476-MLB-JKL**<br><br>JURY TRIAL DEMANDED |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Tracy Bing;
- Sterling Construction Company, Inc.; and
- Plateau Excavation, Inc.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or

corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Plateau Excavation, Inc.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Carey Olson, McLaughlin Law Firm

This 13th day of May, 2022.

Respectfully submitted,

**MCLAUGHLIN LAW FIRM**

***/s/ Carey E. Olson***

Carey E. Olson
Georgia Bar No. 843080
*Attorneys for Defendant*

11575 Great Oaks Way, Suite 100
Alpharetta, Georgia 30022
(470) 415-5500
(470) 415-5510 (fax)
Carey.Olson@mgmesq.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **TRACY BING,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**PLATEAU EXCAVATION, INC.,**<br><br>**Defendant.** | **Civil Action No.**<br>**1:22-cv-01476-MLB-JKL**<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following counsel of record to:

V. Severin Roberts
Barrett & Farahany
P.O. Box 530092
Atlanta, GA 30353
severin@justiceatwork.com

I further certify that the foregoing document has been prepared with Times New Roman 14-Point Font, as approved in LR 5.1C.

This 13th day of May, 2022.

Respectfully submitted,

**MCLAUGHLIN LAW FIRM**

***/s/ Carey E. Olson***


Carey E. Olson
Georgia Bar No. 843080
*Attorneys for Defendant*

11575 Great Oaks Way, Suite 100
Alpharetta, Georgia 30022
(470) 415-5500
(470) 415-5510 (fax)
Carey.Olson@mgmesq.com